# UNITED STATES BANKRUPTCY COURT

## FOR THE

### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| CYNTHIA MICHELLE MROZ-LARSEN | Case No. 17-12857-BFK |
| Debtor | |

## AMENDED OBJECTION TO CONFIRMATION OF PLAN,

Thomas P. Gorman, Chapter 13 Trustee, has filed this amended[1] objection to confirmation of your Chapter 13 Plan filed August 22, 2017.  The cause for this objection is as follows:

> **Violation of 11 U.S.C. §1325(b)(1)(B) –** Disposable Income – Debtor has deduction for three vehicles, two of which are driven by and paid for by her children, and a 401(K) loan which she has one $200.00 step payment at the end of the Plan, it does not correspond in time of amount to any of the four loans.

Date: _November 20, 2017_____               ____/s/ Thomas P. Gorman_____
                                                                   Thomas P. Gorman
                                                                   Chapter 13 Trustee
                                                                   300 N. Washington  Street, #400
                                                                   Alexandria, VA 22314
                                                                   (703) 836-2226
                                                                   VSB 26421

---

[1] This Objection to Confirmation is being amended subsequent to the November 17, 2017 creditors meeting to take out preservation objection and amend with Disposable Income objection.

**Notice of Objection To Confirmation**
Cynthia Michelle Mroz-Larsen, Case # 17-12857-BFK

## CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of November, 2017, served via ECF authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

Cynthia Michelle Mroz-Larsen          Jeremy Calvin Huang , Esquire
Chapter 13 Debtor                      Attorney for Debtor
218 Cedar Lane SE  apt 55              Woehrle Dahlberg Jones Yao PLLC
Vienna, VA 22180                       10615 Judicial Drive, Suite 102
                                       Fairfax, VA 22030


__/s/ Thomas P. Gorman_____
Thomas P. Gorman